IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY NICOLE LIENEMANN,<br><br>Defendant. | CR  20-94-BLG-SPW-1<br><br>**ORDER** |

Defendant requested a hearing on the alleged violations of the terms and conditions of her pretrial release on January 7, 2021.  The Court held a hearing on the motion to revoke on January 11, 2021, during which Defendant admitted to the alleged violations.  Therefore, the Court finds by clear and convincing evidence that Defendant violated the terms of her release.

The United States then moved to detain Defendant pending trial.  For reasons set forth on the record, the Court finds there is no condition or combination of conditions that will assure Defendant will not pose a danger to the safety of any other person or the community.  Further, the Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release.  *See* 18 U.S.C. § 3148(b)(2).

Accordingly, IT IS ORDERED that the United States' motion to revoke Defendant's pretrial release (Doc. 32) is **GRANTED**. Defendant is remanded to the custody of the United States Marshals Service.

DATED this 11th day of January, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge