IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY NICOLE LIENEMANN,<br><br>Defendant. | CR 20-94-BLG-SPW-1<br><br>**ORDER** |

For the reasons stated on the record on July 21, 2021,

**IT IS HEREBY ORDERED** that counsel for Defendant is to advise the Court by **July 28, 2021** whether Defendant would like to proceed with current counsel or be appointed new counsel.

**IT IS FURTHER ORDERED** that the sentencing hearing presently set for July 21, 2021 at 10:30 a.m. is **VACATED** and **RESET** for **Thursday, August 5, 2021 at 10:30 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U.S. Courthouse, Billings, Montana.

The clerk shall promptly notify counsel of the entry of this Order.

DATED this 21st day of July, 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1