**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-94-BLG-SPW-1 |
| Plaintiff, | |
| vs. | **ORDER** |
| COURTNEY NICOLE LIENEMANN, | |
| Defendant. | |

Counsel for Defendant, Courtney Nicole Lienemann, has filed a Motion to Withdraw Guilty Plea to Count II of Indictment (Doc. 86). Therefore, pending the Court's ruling on this Motion (Doc. 86),

**IT IS HEREBY ORDERED** that the Sentencing hearing currently set for Wednesday, October 6, 2021 at 2:30 p.m. is **VACATED**.

The clerk shall promptly notify counsel of the entry of this Order.

DATED this /st day of October, 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge