IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY NICOLE LIENEMANN,<br><br>Defendant. | CR 20-94-BLG-SPW<br><br>ORDER |

Upon Defendant's Motion for Temporary Release from Custody (Doc. 111), and good cause being shown as stated on the record,

IT IS HEREBY ORDERED that the Defendant shall be temporarily released from U.S. Marshal custody in Billings, Montana to attend the funeral of her mother in Billings, Montana on Friday, January 21, 2022.

Defendant shall be released from custody on **Friday, January 21, 2022 at 9:00 a.m.** and shall then return to custody at the Yellowstone County Detention Facility in Billings, Montana by **5:00 p.m. on Friday, January 21, 2022.**

1

Defendant shall be transported and accompanied from the Yellowstone County Detention Facility to the funeral and memorial service for her mother to be held in Billings, Montana, and transported back to the Yellowstone County Detention Facility by Diane Burright.

While furloughed or released, Defendant shall comply with all previously ordered conditions of release, including but not limited to the special conditions as follows:

1. Defendant shall not use or possess any alcohol or drugs, or drug paraphernalia.

2. Diane Burright shall report any violations of Defendant's conditions of release immediately to law enforcement and as soon as practicable to the Court.

The Clerk of Court shall notify the parties and the U.S. Marshal Service of this Order.

DATED this 19th day of January, 2022.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE