IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COURTNEY NICOLE LIENEMANN,<br><br>Defendant. | CR 20-94-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, COURTNEY NICOLE LIENEMANN is hereby released from the custody of the U.S. Marshals Service.

DATED this 31st day of March, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1